IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| DICK'S SUPERMARKET – CRESTWOOD LTD., <br>     Plaintiff, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br>     Defendant. | § § § § § § § § | CIVIL ACTION NO. 6:18-cv-41 |

## NOTICE OF REMOVAL

Defendant The Travelers Indemnity Company ("Travelers"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action, Cause No. 18-05-82753-A; *Dick's Supermarket - Crestwood Ltd. v. The Travelers Indemnity Company;* In the 24th Judicial District Court of Victoria County, Texas. In support of this Notice of Removal, Travelers respectfully submits the following:

1. Dick's Supermarket – Crestwood, Ltd. ("Plaintiff") commenced the captioned action by filing its Original Petition on May 31, 2018, in the 24th Judicial District Court of Victoria County, Texas (the "Petition"). Travelers was served on June 4, 2018.

2. Travelers requested certified copies of all process, pleadings, and orders from the 24th Judicial District Court of Victoria County. The certified copies of the state court's file are being filed with this Notice of Removal.

3. The Petition avers that Plaintiff is a limited liability company doing business in the State of Texas whose principal office is in Victoria County, Texas.[1] The Petition does not allege Travelers citizenship, but instead states that Travelers is "an insurance company doing business in the State of Texas which may be served through its registered agent for service of with process

---
[1] *See,* Petition, p. 1, ¶1.

in the State of Texas, Corporation Service Company, via certified mail at 211 East 7th Street, Suite 620, Austin, TX 78701-3218."[2] In fact, Travelers is a Connecticut corporation whose principal place of business is in the State of Connecticut.

4. Plaintiff further alleges that the monetary damages which it seeks in this matter are over $200,000, but not more than $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees.[3]

5. The Petition also alleges that Victoria County is the proper venue of the case because all or a substantial part of the events occurred in Victoria count.[4]

6. The Petition further alleges that Plaintiff is a named insured under a property insurance policy issued by Travelers.[5]

7. Plaintiff claims on or about August 25-29, 2017, Hurricane Harvey hit the Texas coast, which included Victoria, Texas, allegedly damaging Plaintiff's building and other property.[6] The Petition further contends that Plaintiff subsequently filed a claim on its insurance policy.[7]

8. In its Petition, Plaintiff alleges that Travelers improperly denied and/or underpaid Plaintiff's claim.[8] Further, the Petition alleges that the adjuster assigned to the claim conducted a substandard investigation and inspection of the property, prepared report that failed to include all of the damages that were observed during the inspection, and undervalued the damages observed during the inspection.[9] Allegedly, an "unreasonable investigation led to the underpayment of Plaintiff's claim."[10]

---

[2] *See,* Petition, p. 1, ¶2.
[3] *See*, Petition, p. 1, ¶4.
[4] *See,* Petition, p. 2, ¶6.
[5] *See*, Petition, p. 2, ¶7.
[6] *See,* Petition, p. 2, ¶8.
[7] *Id.*
[8] *See,* Petition, p. 2, ¶9.
[9] *See*, Petition, p. 2, ¶10.
[10] *See*, Petition, p. 2, ¶11.

9.   Plaintiff also alleges that Travelers performed an outcome-oriented investigation which resulted in a purported biased, unfair and inequitable evaluation of Plaintiff's losses on the property.[11]

10.  Travelers does not admit the underlying facts as alleged by Plaintiff in its Petition or as summarized above.  Travelers expressly denies that it has any liability to Plaintiff.

11.  This Notice of Removal is filed within 30 days of service of the Petition and is therefore timely under 28 U.S.C. § 1446 (b).

## DIVERSITY JURISDICTION

12.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (a), and this matter is removable to this Court pursuant to 28 U.S.C. § 1441 (a), because there is complete diversity of citizenship among the relevant parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.  Plaintiff is a citizen of the State of Texas, and Travelers is incorporated in Connecticut with its principal place of business in Connecticut.  Complete diversity of citizenship exists.

13.  The amount in controversy exceeds the jurisdictional minimum of $75,000 set by 28 U.S.C. § 1332 (a).  In the Petition, Plaintiff alleges it seeks "monetary relief over $200,000 but not more than $1,000,000".[12]

## REMOVAL PROCEDURE

14.  The clerk of the 24th Judicial District Court of Victoria County, Texas has been provided notice of this Removal.

15.  The following exhibits are attached hereto and incorporated herein by reference:

    a.   Index of matters being filed;

---

[11] *See,* Petition, p. 3, ¶12.
[12] *See*, Petition, p. 1, ¶4.

    b. List of all parties and counsel of record; and

    c. Certified copies of all pleadings, process, and orders received from the 24th Judicial District Court of Victoria County, Texas.

## **CONCLUSION**

13. Based on the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Travelers hereby removes this case to this Court for trial and determination.

                          Respectfully submitted,

                          LUGENBUHL, WHEATON, PECK, RANKIN AND HUBBARD, A LAW CORPORATION

                        */s/ Suzanne A. Schlicher*
Suzanne A. Schlicher
Federal ID No. 15040
Texas Bar No. 02601800
sschlicher@lawla.com
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

ATTORNEY-IN-CHARGE FOR DEFENDANT, THE TRAVELERS INDEMNITY COMPANY

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above pleading has been forwarded via electronic service, e-mail, facsimile, and/or certified mail/return receipt requested, on this the 22nd day of June, 2018 to:

Richard D. Daly
rdaly@dalyblack.com
Charlie C. Gustin
cgustin@dalyblack.com
Daly & Black, P.C.
211 Norfolk Street, Suite 800
Houston, Texas 77098

                                          */s/ Suzanne A. Schlicher*
                                          Suzanne A. Schlicher